1  **AMANDA B. WHITTEN - #251160**
   **BRYANT WHITTEN, LLP**
2  8050 North Palm Avenue, Suite 210
   Fresno, California 93711
3  (559) 494-4910 Telephone
   (559) 421-0369 Facsimile
4
   Attorneys for Plaintiff, KRISTI PORTER
5

6  **JASON H. BORCHERS - #199120**
   **MATTHEW R. DARDENNE - #281489**
7  **LITTLER MENDELSON, P.C.**
   5200 North Palm Avenue, Suite 302
8  Fresno, California  93704-2225
   (559) 244-7500 Telephone
9  (559) 244-7525 Facsimile

10 Attorneys for Defendants, NATIONWIDE MUTUAL
   INSURANCE COMPANY and GREGRORY S.
11 EVERETT

12                    UNTIED STATES DISTRICT COURT
                         EASTERN DIVISION
13

14

15 KRISTI PORTER,                          **Case No. 2:16-CV-01933-JAM-AC**

16              Plaintiff,                  **ORDER RE STIPULATION CONTINUING**
                                            **HEARING ON MOTION FOR REMAND AND**
17 v.                                       **MOTION TO DISMISS**

18 NATIONWIDE MUTUAL INSURANCE
   COMPANY,    an    OHIO    corporation,
19 GREGORY S. EVERETT, an individual,
   and Does 1 through 20, inclusive,
20
                Defendant.
21

22        GOOD CAUSE APPEARING, the Court hereby approves the Stipulation continuing the

23 hearing on the Motion for Remand and Motion to Dismiss to February 7, 2017 at 1:30 p.m.

24 IT IS SO ORDERED.

25 Dated: 1/9/2017

26
                                    /s/ John A. Mendez_____
27                                  HON. JOHN A. MENDEZ
                                    JUDGE OF THE U. S. DISTRICT COURT
28

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

**[PROPOSED]  ORDER  RE  STIPULATION**        **Case No. 2:16-CV-01933-JAM-AC**
**CONTINUING  HEARING  ON  MOTION  FOR**
**REMAND AND MOTION TO DISMISS**