JASON H. BORCHERS, Bar No. 199120
IRENE V. FITZGERALD, Bar No. 266949
LITTLER MENDELSON, P.C.
5200 North Palm Avenue, Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Facsimile: 559.244.7525
jborchers@littler.com
ifitzgerald@littler.com

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY; GREGORY S. EVERETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI PORTER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, GREGORY S. EVERETT, an individual,<br><br>Defendants. | Case No. 2:16-CV-01933-JAM-AC<br><br>**STIPULATION AND ORDER CONTINUING MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>The Honorable John A. Mendez |

COMES NOW Plaintiff KRISTI PORTER ("Plaintiff") and Defendants NATIONWIDE MUTUAL INSURANCE COMPANY; GREGORY S. EVERETT ("Defendants"), (collectively referred to herein as "Parties"), and stipulate, through their respective counsel of record, to continue the Motion to Dismiss Plaintiff's First Amended Complaint set for June 6, 2017 to July 11, 2017, at 1:30 p.m., before the Honorable John A. Mendez, Courtroom 6. Good cause exists to continue the hearing as the parties are in the process of negotiating a settlement following a mediation.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER
CONTINUING MOTION TO DISMISS
FIRST AMENDED COMPLAINT

Case No. 2:16-CV-01933-JAM-AC

**IT IS HEREBY STIPULATED.**

Dated: May ___, 2017                    BRYANT WHITTEN, LLP


By: _____
    AMANDA B. WHITTEN
    Attorneys for Plaintiff
    KRISTI PORTER


Dated: May __, 2017


_____
JASON H. BORCHERS
IRENE V. FITZGERALD
LITTLER MENDELSON, P.C.
Attorneys for Defendants
NATIONWIDE MUTUAL
INSURANCE COMPANY;
GREGORY S. EVERETT

## **ORDER**

Pursuant to the Parties' stipulation and good cause appearing, it is hereby ordered, adjudged and decreed that the Motion to Dismiss Plaintiff's First Amended Complaint set for June 6, 2017 be rescheduled to July 11, 2017, at 1:30 p.m.

IT IS SO ORDRED


Dated: 5/26/2017            /s/ John A. Mendez_____
                            HONORABLE JOHN A. MENDEZ
                            JUDGE OF THE U.S. DISTRICT COURT


Firmwide:147856097.1 076808.1011

STIPULATION AND [PROPOSED] ORDER       2.      Case No. 2:16-CV-01933-JAM-AC
CONTINUING MOTION TO DISMISS
FIRST AMENDED COMPLAINT

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500