**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile
Email: amanda@bwlaw.com

Attorneys for Plaintiff, KRISTI PORTER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTI PORTER,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation, GREGORY S. EVERETT, an individual,<br><br>  Defendant. | Case No. 2:16-CV-01933-JAM-AC<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41 (A)(2) – AND ORDER** |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, KRISTI PORTER, by and through her attorneys of record, and Defendants, NATIONWIDE MUTUAL INSURANCE COMPANY and GREGORY S. EVERETT, by and through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs

Dated: July 5, 2017          BRYANT WHITTEN, LLP


                             /s/    Amanda B. Whitten
                             _____
                             AMANDA B. WHITTEN, Attorneys for Plaintiff,
                             KRISTI PORTER

Stipulation for Dismissal of Complaint with Prejudice Per FRCP 41 (A)(2)–and [Proposed] Order

Case No. 2:16-CV-01933-JAM-AC

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

Dated: July 24, 2017   LITTLER MENDELSON, P.C.

/s/   Jason H. Borchers

_____
JASON H. BORCHERS,
Attorneys for Defendants,
NATIONWIDE MUTUAL INSURANCE COMPANY
and GREGORY S. EVERETT

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

Stipulation for Dismissal of Complaint with Prejudice Per FRCP 41 (a)(2)–and [Proposed] Order     2.     **Case No. 2:16-CV-01933-JAM-AC**

**ORDER**

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entiled case dismissed with prejudice per FRCP 41(A)(2).

IT IS SO ORDERED.

Dated: 7/24/2017                           /s/ John A. Mendez
                                           Judge of the United States District Court -
                                           Eastern District

BRYANT WHITTEN, LLP
8050 North Palm Avenue
Suite 210
Fresno, CA 93711
559.494.4910

Stipulation for Dismissal of Complaint with Prejudice Per FRCP 41 (a)(2)–and [Proposed] Order    3.    **Case No. 2:16-CV-01933-JAM-AC**